UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ, | No. 2:14-cv-1260-EFB P |
| Petitioner, | |
| v. | ORDER |
| BOARD OF PRISON TERMS, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On May 29, 2014, the court found that petitioner had failed to either request leave to proceed in forma pauperis or pay the required filing fee. *See* 28 U.S.C. §§ 1914(a); 1915(a). The order directed petitioner to pay the filing fee or submit an application to proceed in forma pauperis within thirty days. The order further warned petitioner that failure to comply could result in the dismissal of this action.

The 30-day period has expired and petitioner has not filed an application to proceed in forma pauperis, paid the filing fee or otherwise responded to the court's order.

/////

1

Accordingly, this action is dismissed without prejudice.

Dated: July 10, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2